United States District Court
Southern District of Texas
**ENTERED**
August 17, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIEL VASQUEZ, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-01703 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KEENER | § | |
| CONSTRUCTION LLC, | § | |
| Defendant. | § | |

## ORDER

The parties have provided notice of settlement of this dispute. Dkt 11.

All claims against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff Daniel Vasquez may move within sixty days to reinstate his claims against Keener Construction LLC if approval of documentation or condition precedent fails.

Signed on August 17, 2020, at Houston, Texas.

*[signature]*

Hon. Charles Eskridge
United States District Judge